IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. MARK A. BARRY,<br><br>                Plaintiff,<br><br>v.<br><br>GLOBUS MEDICAL, INC.<br><br>                Defendant. | Underlying Action<br><br>Civ. No. 2:17-cv-2998-PD<br><br>United States District Court for the Eastern District of Pennsylvania |
| Globus Medical Inc.,<br>                Movant,<br>v.<br><br>Universal Survey Center, Inc.<br><br>                Opponent. | Case No. _____ |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY <u>NON-PARTY UNIVERSAL SURVEY CENTER</u>

Please take notice that, as provided in the memorandum in support and its attachments, Globus Medical, Inc. requests that this Court issue and order under Federal Rule of Civil Procedure 37 and 45 compelling Universal Survey Center, Inc. to comply with a subpoena *duces tecum* that Globus served on September 6, 2018.

Dated: October 15, 2018

Respectfully submitted,

*/s/ Arun Subramanian*
Arun Subramanian
Jacob Buchdahl
Mark Hatch-Miller
Geng Chen
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

asubramanian@susmangodfrey.com
jbuchdahl@susmangodfrey.com
mhatch-miller@susmangodfrey.com
gchen@susmangodfrey.com